■ FOSTER L. SIMMONS, Appellant, v. EVERETT M. SIMMONS, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Oneida Special Term granting defendant's motion to open a default judgment.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ In the Matter of HERBERT S. SIEGAL, on Behalf of ANTHONY VELLUCCI, Appellant, against WARDEN OF ATTICA STATE PRISON et al., Respondents.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing a writ of habeas corpus and remanding the prisoner to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against VINCENT C. MANZELLA et al., as Assessors of the City of Buffalo, Appellants. Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CITY OF FULTON, NEW YORK, Respondent, v. GREAT AMERICAN INDEMNITY COMPANY, Appellant.—Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ UNITED STATES GYPSUM COMPANY, Appellant, v. RILEY-STOKER CORPORATION, Respondent.—Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ RUTH I. BURKE et al., Respondents, v. CITY OF NIAGARA FALLS, Appellant.— Motion for reargument denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.